UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.

                                          Case No. 3:23-cv-783-BJD-MCR

ELLIOT B. HEATH, III, Guardian
for Richard L. Heath,

    Defendant.
_____/

## **FINAL DECLARATORY JUDGMENT**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Final Judgment, (Doc. 55), and the Order Granting Plaintiff's Motion for Entry of Final Judgment, (Doc. 5**6**; "Order").

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. Declaratory judgment is hereby **ENTERED** in favor of Plaintiff Allstate Property and Casualty Insurance Company ("Allstate") as follows:

    a. The Allstate policy bearing policy number 988219538 issued to Harry Van Fleet ("Van Fleet") for the policy period beginning October 28, 2021, through April 28, 2022,

does not provide liability coverage for Richard L. Heath's injury claim against DoorDash, Inc. ("DoorDash") or Van Fleet;

b. Allstate has no duty to defend DoorDash or Van Fleet in the Underlying Lawsuit filed against them by Richard L. Heath ("Heath"); and

c. Allstate has no duty to indemnify DoorDash or Van Fleet for the injury claim being made against them by Heath including but not limited to any final judgment entered in favor of Heath or the Guardian against either DoorDash or Van Fleet.

**DONE** and **ORDERED** in Jacksonville, Florida this 24th day of July, 2024.

BRIAN J. DAVIS
United States District Judge

9
Copies furnished to:

Counsel of Record
Unrepresented Parties